RECEIVED
IN LAKE CHARLES, LA.

AUG -3 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AKER KVAERNER/IHI, A TEXAS GENERAL PARTNERSHIP CONSISTING OF AKER SOLUTIONS US INC. AND IHI INC., | * * * * * | CIVIL ACTION NO. 2:10-cv-0278 |
| Plaintiff, | * * | JUDGE MINALDI |
| v. | * * | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA, ET AL., | * * | MAGISTRATE JUDGE KAY |
| Defendants. | | |

CONSOLIDATED WITH

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURCH, PA, ET AL., | * * * * | CIVIL ACTION NO. 2:10-cv-1041 |
| Plaintiffs, | * * | JUDGE MINALDI |
| v. | * * | |
| AKER KVAERNER/IHI, A GENERAL PARTNERSHIP, | * * * | MAGISTRATE JUDGE KAY |
| Defendant. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Considering the Joint Motion to Dismiss with Prejudice [Doc. 217],

**IT IS ORDERED** that the parties have entered into a Settlement and Arbitration Submission Agreement, dated July 9, 2015, pursuant to which AKER KVAERNER/IHI and Insurers will arbitrate the claims and disputes at issue in this consolidated lawsuit.

**IT IS FURTHER ORDERED** that the Motion [Doc. 217] be and hereby is **GRANTED.**

1

**IT IS FURTHER ORDERED** the above-captioned matter be and hereby is **DISMISSED, WITH PREJUDICE,** each party to bear its own costs.

Lake Charles, Louisiana, this 30 day of July, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE